UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONALD DOUGLAS CIVIL ACTION

VS. NO. 17-8026

U.S. SMALL BUSINESS ADMINISTRATION SECTION: G (3)

**PLAINTIFF'S EXPEDITED MOTION FOR LEAVE SEEKING INJUNCTIVE RELIEF PROHIBITING DEFENDANT FROM TAKING ANY ADVERSE EMPLOYMENT ACTIONS AGAINST THE PLAINTIFF PENDING THE LITIGATION AND SUPPORTING MEMORANDUM**

NOW INTO COURT, through the undersigned counsel comes the Plaintiff, Ronald Douglas who respectfully represents that on or about September 28, 2018, the Plaintiff received a letter from District Director, Michael Ricks, one of the responding parties in the above referenced action, which letter stated that defendant seeks to remove the Plaintiff from federal service, or take other adverse actions should the Plaintiff not contact the Director directly to discuss the Plaintiff's reasons for not reporting for duty, or discuss the Plaintiff's medical or personal reasons for same—within the next fifteen (15) days. In lieu, thereof, Plaintiff may be dismissed or removed from federal service.

Plaintiff contends that this is, was and has been the defendant's ultimate intention, i.e. to bring *"maximum administrative action"* against the Plaintiff, *"by any means necessary"* and that defendant is moving toward the fulfillment of his alleged retaliatory intention now, under the pretext of district office concerns and at the same time usurping the jurisdiction of this Court over issues raised by the defendant's communication.

Plaintiff contends that defendant's action will constitute irrevocable harm to him, such that equitable action, including injunctive relief in the form of a temporary restraining order, pending

the litigation is not only important, but necessary to protect the ends of justice and to prevent irreparable harm to the Plaintiff and for reasons as are set forth in the attached supporting memorandum.

Undersigned counsel was able to reach out to counsel for the defendant, but has not received any response as to the defendant's position on this motion.

Respectfully submitted:

*Margaret Hammond Jackson*
Margaret Hammond Jackson #14338
1527 Gause Boulevard
Slidell, LA 70458
Mobile: 228-363-2475
Email: mjacksony@aol.com

**CERTIFICATE OF SERVICE**

I certify that on the 2ND day of October 2018 that the above pleading has been filed with the Clerk of Court by using CM/ECF which will send an electronic notice of this filing to all counsel of record.

*Margaret Hammond Jackson*