**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RONALD DOUGLAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-8062** |
| **U.S. SMALL BUSINESS ADMINISTRATION** | **SECTION "G" (3)** |

**ORDER**

Before the Court is Plaintiff's Expedited Motion for Leave Seeking Injunctive Relief Prohibiting Defendant from Taking Any Adverse Employment Action Against the Plaintiff Pending the Litigation and Supporting Memorandum. [Doc. #76]. Plaintiff has informed the Court that the motion is now moot. Accordingly,

**IT IS ORDERED** that Plaintiff's Expedited Motion for Leave Seeking Injunctive Relief Prohibiting Defendant from Taking Any Adverse Employment Action Against the Plaintiff Pending the Litigation and Supporting Memorandum [Doc. #76] is DISMISSED WITHOUT PREJUDICE AS MOOT.

**IT IS FURTHER ORDERED** that the oral telephone hearing set on October 9, 2018 is CANCELLED.

New Orleans, Louisiana, this 5th day of October, 2018.

Daniel E. Knowles, III

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**